1054

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH NORMAN LEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00333-6, Roger A. Bennett, J., entered August 15, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BETTY AXINE URANN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02077-1, Linda G. Tompkins, J., entered December 1, 2003. *Affirmed in part* and *remanded in part* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

ARCHIE O. ANDERSON, *Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-05426-1, Salvatore F. Cozza, J., entered January 30, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW FRAZER MITCHELL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WILLIAM GUNVILLE, *Appellant*.

Appeals from judgments of the Superior Court for Stevens County, Nos. 04-1-00049-6 and 04-1-00048-8, Allen Nielson, J., entered May 10, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.